1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM BOTONIS, LIAM PATRICK MEIKLE, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>BIMBO BAKERIES USA, INC.; and DOES ONE through TEN,<br><br>             Defendants. | No. 2:22-cv-01453-TLN-DB<br><br>**NOTICE OF RELATED CASE ORDER** |
| CRISANTO MARTINEZ, et al,<br><br>             Plaintiff,<br><br>      v.<br><br>BIMBO BAKERIES USA, INC, et al,<br><br>             Defendants. | No. 2:22-cv-01618-DAD-JDP |

1

1    Examination of the above-entitled actions reveals that they are related within the meaning
2 of Local Rule 123(a).  The actions involve the same parties, are based on the same claims, the
3 same event, the same questions of fact and the same questions of law, and would therefore entail
4 a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the
5 matters to the same judge is likely to affect a substantial savings of judicial effort and is also
6 likely to be convenient for the parties.
7    IT IS THEREFORE ORDERED that the action denominated 2:22-cv-01618-DAD-JDP is
8 hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Deborah Barnes for all
9 further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.
10 Henceforth, the caption on documents filed in the reassigned case shall be known as 2:22-cv-
11 01618-TLN-DB.  IT IS FURTHER ORDERED that the Clerk of Court make appropriate
12 adjustment in the assignment of civil cases to compensate for this reassignment and issue.
13    IT IS SO ORDERED.
14 **DATED:  January 2, 2023**

Troy L. Nunley
United States District Judge