# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM BOTONOIS AND LIAM PATRICK MEIKLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC. and DOES ONE through TEN,<br><br>Defendants. | Case No. 2:22-CV-01453-DJC-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST EXTENSION OF DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OR ADVISE RE STATUS OF SETTLEMENT**<br><br>Judge: Daniel J. Calabretta<br>Complaint Filed: April 11, 2023<br>Trial Date: N/A |

Based on the Parties' Joint Stipulation and good cause shown:

**IT IS HEREBY ORDERED:**

The deadline to file the Motion for Preliminary Approval or inform the Court regarding the status of the existing settlement is hereby continued from April 18, 2023 to May 18, 2023.

**IT IS SO ORDERED**

Dated: April 18, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1