COSTA KERESTENZIS, SBN 186125
SARAH S. KANBAR, SBN 315443
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Ste. 300
Sacramento, California 95814
Telephone:   (916) 325-2100
Facsimile:    (916) 325-2120
Email:          ckerestenzis@beesontayer.com
Email:          skanbar@beesontayer.com

Attorneys for Plaintiffs
Tim Botonis and Liam Patrick Meikle

BRIAN FAHY, SBN 266750
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, California 90071-3132
Telephone:   (213) 612-7254
Facsimile:    (213) 612-2501
Email:          brian.fahy@morganlewis.com

Attorneys for Defendant
Bimbo Bakeries USA, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM BOTONIS, LIAM PATRICK MEIKLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC. and DOES ONE through TEN,<br><br>Defendants. | Case No. 2:22-CV-01453-DJC-DB<br><br>**JOINT STIPULATION TO REQUEST ONE-WEEK EXTENSION OF DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND ADVISE RE STATUS OF SETTLEMENT**<br><br>Judge:                  Daniel J. Calabretta<br>Complaint Filed:  April 11, 2023<br>Trial Date:           N/A |

Plaintiffs Tim Botonis and Liam Patrick Meikle ("Plaintiffs") and Defendant Bimbo Bakeries, USA, Inc. (collectively "the Parties") request from the Court a brief, one-week extension of the deadline to file an unopposed Motion for Preliminary Approval or provide a status update regarding the settlement.

//

1

JOINT STIPULATION TO REQUEST ONE-WEEK EXTENSION OF DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND ADVISE RE STATUS OF SETTLEMENT
Case No. 2:22-cv-01453-DJC-DB

1186638.docx

(1647-0001)

Good cause exists for the requested continuance. As the Parties had previously advised the Court (*see* Dkt. Nos. 5, 11, 14), the Parties participated in a mediation with mediator John Hyland on January 17, 2023. Following the mediation, the mediator provided a proposal, which the Parties agreed to in principle as a framework for the settlement.

The Parties subsequently worked to finalize the settlement related documents and obtain updated class data needed to finalize various aspects of the settlement. To afford sufficient time to gather the necessary information needed for finalizing the settlement documents, the Parties requested additional time to file the Motion for Preliminary Approval and related documents. (*See* Dkt. No. 14.) The Court granted the Parties' request for a 30-day extension to file the Motion for Preliminary Approval or advise regarding the status of settlement and set May 18, 2023 as the date to file the Motion for Preliminary Approval or inform the Court about the status of settlement. (*See* Dkt. 15.)

Since the Court's Order, the Parties obtained the necessary updated class data, met and conferred regarding the same, and have made significant progress working cooperatively to finalize the Settlement Agreement and prepare the unopposed Motion for Preliminary Approval with the supporting declarations. The Parties anticipate finalizing and filing these documents shortly.

Therefore, to afford the Parties the additional time needed to finalize the long-form Settlement Agreement and the unopposed Motion for Preliminary Approval and supporting documents, the Parties request that the Court continue the deadline to file the unopposed Motion for Preliminary Approval by one week to May 25, 2023.

Given the Court's available motion hearing dates in late July and August 2023, the requested continuation to May 25, 2023 will not impact the Parties' ability to comply with the required 35-day notice period under Local Rule 230(b) for Plaintiffs' unopposed Motion for Preliminary Approval.

//

//

//

2

JOINT STIPULATION TO REQUEST ONE-WEEK EXTENSION OF DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND ADVISE RE STATUS OF SETTLEMENT
Case No. 2:22-cv-01453-DJC-DB

1186638.docx

(1647-0001)

This is the second request for an extension requested by the Parties.

| | |
|---|---|
| Dated:  May 18, 2023 | BEESON, TAYER & BODINE, APC |
| | By:  /s/ Sarah S. Kanbar<br>SARAH S. KANBAR<br>Attorneys for Tim Botonis and Liam Patrick Meikle |
| Dated:  May 18, 2023 | MORGAN, LEWIS BOCKIUS LLP |
| | By:  /s/ Brian Fahy (as authorized on May 18, 2023)<br>BRIAN FAHY<br>Attorneys for Bimbo Bakeries USA, Inc. |

**JOINT STIPULATION TO REQUEST ONE-WEEK EXTENSION OF DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND ADVISE RE STATUS OF SETTLEMENT**
Case No. 2:22-cv-01453-DJC-DB

1186638.docx

(1647-0001)

# ORDER

Based on the Parties' Joint Stipulation and good cause shown:

**IT IS HEREBY ORDERED:**

The deadline to file the Motion for Preliminary Approval or inform the Court regarding the status of the existing settlement is hereby continued from May 18, 2023 to May 25, 2023.

**IT IS SO ORDERED:**

Dated:  May 19, 2023                      /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

4

JOINT STIPULATION TO REQUEST ONE-WEEK EXTENSION OF DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND ADVISE RE STATUS OF SETTLEMENT
Case No. 2:22-cv-01453-DJC-DB

1186638.docx

(1647-0001)