UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM BOTONIS, LIAM PATRICK MEIKLE, on behalf of themselves and all others similarly situated,<br><br>                                                  Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC. and DOES ONE through TEN,<br><br>                                                Defendants. | Case No. 2:22-CV-01453-DJC-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST ONE-WEEK EXTENSION OF DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND ADVISE RE STATUS OF SETTLEMENT**<br><br>Judge:                  Daniel J. Calabretta<br>Complaint Filed:   April 11, 2023<br>Trial Date:            N/A |

Based on the Parties' Joint Stipulation and good cause shown, the deadline to file the Motion for Preliminary Approval or inform the Court regarding the status of the existing settlement is hereby continued from May 25, 2023 to June 2, 2023. The parties are advised that the Court will entertain no further requests for modification of the referenced deadline absent good cause, with compelling circumstances shown.

**IT IS SO ORDERED**

Dated:  May 30, 2023                                          /s/ Daniel J. Calabretta
                                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                                              UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING JOINT STIPULATION TO REQUEST ONE-WEEK EXTENSION OF DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND ADVISE RE STATUS OF SETTLEMENT
Case No. 2:22-cv-01453-TLN-DB                                                                                                                                  (1647-0001)