COSTA KERESTENZIS, SBN 186125
SARAH S. KANBAR, SBN 315443
**BEESON, TAYER & BODINE, APC**
492 Ninth Street, Suite 350
Oakland, CA  94607-3865
Telephone:   (510) 625-9700
Facsimile:   (510) 625-8275
Email:         skanbar@beesontayer.com

Attorneys for Plaintiffs Tim Botonis and Liam Patrick Meikle

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM BOTONIS AND LIAM PATRICK MEIKLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC. and DOES ONE through TEN,<br><br>Defendants. | Case No. 2:22-CV-01453-DJC-DB<br><br>**SUPPLEMENTAL DECLARATION OF SARAH S. KANBAR IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT AGREEMENT**<br><br>Hearing Date:   August 17, 2023<br>Hearing Time:   1:30 p.m.<br>Courtroom:       10<br>Judge:              Hon. Daniel J. Calabretta<br>Complaint Filed: May 10, 2022<br>Trial Date:         Not Set |

I, Sarah S. Kanbar, declare under penalty of perjury as follows:

1.  I am a member of the bar of the State of California.  I am an Associate of Beeson, Tayer & Bodine, APC, attorneys for Plaintiffs Tim Botonis and Liam Patrick Meikle in this action.

2.  I provide this supplemental declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Representative Action Settlement, which my office filed July 13, 2023 ("Motion").  (See Dkt. 22.)

3.  The Joint Stipulation for Class and Representative Action Settlement and Release ("Settlement Agreement"), was attached to the Declaration of Costa Kerestenzis as Exhibit A.  (Dkt.

**SUPPLEMENTAL DECLARATION OF SARAH S. KANBAR IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT AGREEMENT**
Case No. 2:22-CV-01453-DJC-DB

1199734.docx

(1647-0001)

1

22-1, 22-2.)

4.    When my office filed the Settlement Agreement with the Motion, all required signatures were present, except for the signatures of Defendant's representatives, as those signatures were received after the Motion was filed. Attached hereto as **Exhibit A** is a fully executed copy of the Settlement Agreement, containing all signatures.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and of my own knowledge, except as to those matters stated herein on information and belief, and as to those matters, I believe them to be true. Executed this 14th day of July 2023, in Oakland, California.

_____
SARAH S. KANBAR

SUPPLEMENTAL DECLARATION OF SARAH S. KANBAR IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT AGREEMENT
Case No. 2:22-CV-01453-DJC-DB

1199734.docx

(1647-0001)

2